## EUGENE COPELAND V. THE STATE.

No. 19332.   Delivered January 19, 1938.
Rehearing denied (without written opinion) February 23, 1938.

The opinion states the case.

*Cox & Cox,* of Sherman, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—Robbery by assault is the offense; penalty assessed at confinement in the penitentiary for a period of five years.

The indictment appears regular. The record is before us without statement of facts or bills of exception.

In the absence of the evidence adduced upon the trial, this Court is unable to appraise the matters presented in the motion for new trial.

No error having been perceived justifying a reversal, the judgment is affirmed.